# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WOODROW JACKSON,**         :
                             :
    **Plaintiff,**         :         **CASE NO:**
v.                           :         **7:24-cv-136–WLS**
                             :
**AUTO-OWNERS INSURANCE COMPANY,** :
                             :
    **Defendant.**         :
_____

## ORDER

    The Court held a show cause hearing on June 3, 2025, with respect to why Plaintiff's counsel, Brian Braddy, should not be sanctioned for citing non-existent cases to the Court and Defendant's counsel in Plaintiff's Response to Brief in Support of Denying Defendant's Motion to Dismiss (Doc. 9) ("Response"). The Court enters this Order to memorialize the proceedings.

    1.    On or before close of business on **Thursday, June 4, 2025**, Plaintiff may refile his Response with appropriate citations to cases.

    2.    Pursuant to the M.D. Ga. L.R. 7.3, Defendant shall have fourteen days after service of the refiled Response within which to file a reply.

    3.    The Court takes under advisement the issue of what sanctions, if any, should be imposed on Plaintiff's counsel with respect to his citing to non-existence cases in this matter.

    **SO ORDERED**, this 3rd day of June 2025.

                              **/s/W. Louis Sands**
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**