BRIAN P BRADDY
2415 OL ST AUGSTN RD APT 832
TALLAHASSEE FL 32301-4967

201

64-5/610 GA
808

Date 7/18/25

Pay to the Order of United States District Court    $ 1,000

One Thousand and 00/100    Dollars

Bank of America
ACH R/T 061000052

For Judge Sands Sanction Fee

⑆061000052⑆ 334032450926⑈ 0201

---



FedEx Office

100 Peachtree St NW Ste 160
Atlanta, GA 30303-1906
404.221.0000

July 21, 2025 11:11 AM
Receipt #: QFEKS00208229

FedEx Express                             $10.95
FedEx 2Day
8829375708038
Recipient Address
US District Court
ATTN: Cashier
401 N PATTERSON ST
RM 212
VALDOSTA, GA 31601-4633, US
229-242-3616
Scheduled Delivery Date: 07/23/2025
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
No Signature Required
FEDEX_ONE_RATE
EMAIL_NOTIFICATION
Package Weight: .25 lb (M)
Declared Value: $100

Express Subtotal              $10.95
             Tax               $0.00
           Total              $10.95

************ PURCHASE ************
APPROVED