IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**WOODROW JACKSON,**

    Plaintiff,

v.

**AUTO-OWNERS INSURANCE COMPANY,**

    Defendant.

CASE NO:
7:24-cv-136–WLS

## ORDER

Pursuant to the Court's Order (Doc. 21) entered July 14, 2025, the Parties filed a Joint Notice of Agreed Upon Attorney's Fees and Costs (Doc. 23) ("Notice"). Therein, the Parties notify the Court that they have agreed that attorney's fees and costs in the amount of $6,462.40 shall be paid to Auto-Owners Insurance Company ("Auto-Owners") by Plaintiff's counsel Brian Braddy and his prior firm, Your Insurance Attorney, within 60 days from July 28, 2025. Said payment is to be sent directly to Auto-Owner's counsel.

The Court finds the fees and scheduled payment thereof to be reasonable and appropriate. The Court also notes that Your Insurance Attorney did not file an objection or otherwise contest the Court's previous sanction Order (Doc. 21).

Accordingly, it is **ORDERED**, that on or before **Friday, September 26, 2025**, Brian Braddy and the law firm Your Insurance Attorney shall pay $6,462.40 to Auto-Owners. Said payment shall be sent to counsel for Auto-Owners so as to be received by them on or before **Friday, September 26, 2025**.

**SO ORDERED**, this 30th day of July 2025.

    /s/W. Louis Sands
    **W. LOUIS SANDS, SR. JUDGE**
    **UNITED STATES DISTRICT COURT**

1