IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WOODROW JACKSON,**  **Plaintiff,**  v.  **AUTO-OWNERS INSURANCE COMPANY,**  **Defendant.** | **CASE NO:**  **7:24-cv-136–WLS** |

## ORDER

Plaintiff's former counsel Brian Braddy has provided the Court with evidence that he has satisfied the requirements of the Court's Orders (Docs. 21 & 26).

Accordingly, the Court finds and notes on the Record that Brian Braddy has fully complied with the Court's Orders (Docs. 21 & 26).

**SO ORDERED**, this 25th day of September 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**