IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WOODROW JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No.: |
| v. | ) 7:24-cv-00136-WLS |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

IT IS HEREBY ORDERED AND ADJUDGED that said Motion is GRANTED, that Counsel for Plaintiff is hereby granted leave to withdraw as counsel from the above-styled case and by entry of this Order, the Clerk shall remove Counsel as attorney of record for Plaintiff. Counsel shall have no further responsibility to Plaintiff in this matter.

SO ORDERED:

This 9th day of December 2025.

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT